AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

David Palazuelos-Escota

CASE NUMBER: 08CR1759-WQH

I, David Palazuelos-Escota, the above named defendant, who is accused of

21 USC 952, 960
Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/29/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

**FILED**
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

x David Palazuelos
*Defendant*

*Counsel for Defendant*

Before _____
*Judicial Officer*