| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MATTHEW J. GARDNER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7042/(619) 235-2757 (Fax) |
|   | Email: matthew.gardner@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8   UNITED STATES DISTRICT COURT

9   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,      ) | Criminal Case No. 08CR1759-WQH |
|    |                                ) | |
| 11 |             Plaintiff,         ) | |
|    |                                ) | NOTICE OF APPEARANCE |
| 12 |                                ) | |
|    | DAVID ENRIQUE PALAZUELOS-ESCOTA, ) | |
| 13 |                                ) | |
|    |             Defendant.         ) | |
| 14 | _____ ) | |
|    |                                ) | |

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18   I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20   The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24   <u>Name</u> (If none, enter "None" below)

25   None

26

27

28

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):

5    <u>Name</u> (If none, enter "None" below)

6    None

7

8    Please call me if you have any questions about this notice.

9    DATED: September 8, 2008

                                        Respectfully submitted,

                                        KAREN P. HEWITT
11                                      United States Attorney

12                                      s/ Matthew J. Gardner
                                        _____
13                                      MATTHEW J. GARDNER
                                        Assistant United States Attorney
14                                      Attorneys for Plaintiff
                                        United States of America
15                                      Email: matthew.gardner@usdoj.gov

|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **SOUTHERN DISTRICT OF CALIFORNIA** | |

UNITED STATES OF AMERICA,  )  Criminal Case No. 08CR1759-WQH
        Plaintiff,  )
        v.  )  **CERTIFICATE OF SERVICE**
DAVID ENRIQUE PALAZUELOS-ESCOTA,  )
        Defendant.  )

IT IS HEREBY CERTIFIED THAT:

    I, MATTHEW GARDNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Hanni Fakhoury

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2008.

                                        s/ Matthew J. Gardner
                                        MATTHEW J. GARDNER